UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHERYL HOWELL, | ) | Case No. 5:09 CV 0984 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT ENTRY |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | Magistrate Judge James S. Gallas |
| | ) | |

It is hereby ordered and adjudged pursuant to the accompanying memorandum opinion that the Commissioner's decision denying disability insurance benefits under the Social Security Act is supported by substantial evidence and affirmed with judgment entered for the Commissioner. This matter is concluded pursuant to Rule 58 of the Federal Rules of Civil Procedure and is appealable.

IT IS SO ORDERED.

Date:  August 12, 2010

s/James S. Gallas
James S. Gallas
United States Magistrate Judge